# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES EUGENE HERMANSON,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

JAMES EUGENE HERMANSON,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 74691 ✓

No. 74692

**FILED**

JAN 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are appeals from a district court order granting, in part, a petition for writ of mandamus and denying a motion to amend illegal sentence. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Appellant has filed a motion and a letter in these appeals indicating that he wishes to withdraw his appeals. The motion is granted and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-01735

cc: Hon. Leon Aberasturi, District Judge
James Eugene Hermanson
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A